**Order entered February 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00150-CR

**JOHN CARROLL MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070415**

## ORDER

The reporter's record was filed on July 2, 2020. Missing from the record is State's Exhibit 5A, entitled "Confidential Informant Video (Edited)," which was offered, admitted, and published to the jury during the January 2020 trial. We **ORDER** court reporter Charla Reamy to file a supplemental reporter's record with a true and correct playable copy of the CD State's Exhibit 5A within **TEN DAYS** of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE\